AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:23-MJ-15 |
| VINCENT JOSEPH SARIKEY, | ) |
| | ) **UNDER SEAL** |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 2022** in the county of **Herndon** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a)/(e) | Production/Attempted Production of Child Pornography |

This criminal complaint is based on these facts:

See Affidavit of FBI Special Agent Hector Sepulveda.

☑ Continued on the attached sheet.

*Complainant's signature*

Hector Sepulveda, FBI Special Agent
*Printed name and title*

Reviewed by AUSA/SAUSA:
Laura D. Withers

Sworn to before me and signed in my presence.

Date: 01/05/2023

*Lindsey Vaala* (Digitally signed by Lindsey Vaala, Date: 2023.01.05 15:26:40 -05'00')
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*