IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:23-MJ-15 |
| | ) | |
| VINCENT JOSEPH SARIKEY, | ) | **UNDER SEAL** |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT AND AN ARREST WARRANT**

I, Hector Sepulveda, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I am a Special Agent with the Federal Bureau of Investigation, and I have been so

employed since 2008. I am currently assigned to the Washington Field Office Child Exploitation

and Human Trafficking Task Force located at the Northern Virginia Resident Agency.  As part

of my duties as an FBI agent, I investigate federal violations including kidnapping, child

pornography, the sexual exploitation of children, human trafficking, and related offenses.  This

includes criminal violations relating to the illegal possession, receipt, distribution, transmission,

advertisement, and production of material depicting the sexual exploitation of minors.

2.      I have training and experience in the area of child pornography and child

exploitation, and I have had the opportunity to observe and review numerous examples of child

pornography (as defined in 18 U.S.C. § 2256), including computer media. Through my experience

and training, I can identify child pornography when I see it.  I also have experience participating

in investigations involving the online distribution and sharing of child pornography using social networking platforms such as Facebook, Instagram, Twitter, and Discord.

3.      Prior to my assignment to the Washington Field Office Child Exploitation and Human Trafficking Task Force, I had over ten years of experience investigating, assisting, or managing complex cyber investigations and high-technology crimes. I have received formal training regarding cyber and high-technology investigations, including industry-standard trainings and certifications on collecting, analyzing, and authenticating digital forensic artifacts on Windows and macOS systems.

4.      More generally, I have training and experience in the enforcement of the laws of the United States, including the preparation, presentation, and service of subpoenas, affidavits, criminal complaints, search warrants, and arrest warrants.  As a federal agent, I am authorized to investigate violations of laws of the United States, including those in violation of 18 U.S.C. §§ 2251 and 2252, and as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States.

5.      The facts and information in this affidavit are based upon information that I obtained during this investigation and information that has been provided to me by other law enforcement sources.   Since this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause for this application.

6.      I submit this affidavit in support of a criminal complaint and arrest warrant charging VINCENT J. SARIKEY ("SARIKEY"), a resident of Herndon, Virginia, which is within the Eastern District of Virginia, with the production and attempted production of child

pornography, in violation of 18 U.S.C. § 2251(a)/(e).  For the reasons set forth below, I submit that probable cause exists to believe that in or about May 2022, SARIKEY did knowingly employ, use, persuade, induce, entice, and coerce, or attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct.  Specifically, SARIKEY utilized his Samsung S21 cellular phone, International Mobile Equipment Identity (IMEI) number 354260402100574 (manufactured in South Korea), to induce and entice a minor in another state to create and send to him at least one video depicting that minor engaged in sexually explicit conduct via an internet-based messaging application.

### STATUTORY AUTHORITY AND DEFINITIONS

7.      18 U.S.C. § 2252(a) prohibits any person from knowingly employing, using, persuading, inducing, enticing, or coercing any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.  18 U.S.C. § 2251(e) prohibits any person from attempting to engage in such conduct.

8.      The term "minor," as defined in 18 U.S.C. § 2256(1), means any person under the age of 18 years.

9.     The term "sexually explicit conduct," as defined in 18 U.S.C. § 2256(2)(A)(i)–(v), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person.

10.     The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data that is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

11.     The term "child pornography," as defined in 18 U.S.C. § 2256(8), is any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical or other means, of sexually explicit conduct, where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

12.     The term "child erotica," as used herein, means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not necessarily obscene or do not necessarily depict minors in sexually explicit poses or positions.

13.     The term "computer," as used herein, refers to "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or

operating in conjunction with such device" and includes smartphones, and mobile phones and devices. *See* 18 U.S.C. § 1030(e)(1).

14.     IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet.  An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178).  Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination.  Most Internet service providers control a range of IP addresses.  Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

## BACKGROUND ON TELEGRAM, TWITTER, AND DISCORD

15.     *Twitter*.  Based on my training and experience, I am familiar with the online messaging application Telegram, the online social media platform Twitter, and the Discord application (or "Discord App").  I have engaged in child pornography investigations involving Twitter.  I have also spoken with other experienced law enforcement agents who have investigated criminal conduct occurring on Twitter and Discord, and I have researched the platforms and their capabilities on the Internet.

16.     Twitter is a mobile application (app) available through the iPhone App Store and the Google Play Store. Generally, Twitter allows users to register and create an account, to personalize (if desired) an account profile page, and to send and receive communications via the platform.

17.     Twitter permits its users to communicate via messages that can contain photos, videos, links, and/or a maximum of 280 characters of text.  Users can choose to share these

messages, called "Tweets," with the public or, alternatively, to "protect" their Tweets by making them viewable by only a preapproved list of "followers." Each Tweet includes a timestamp that displays when the Tweet was posted to Twitter. Users can also Tweet a copy of other Tweets ("retweet") or Tweet a reply to another Tweet. Users can also indicate that they like a Tweet by clicking on a heart icon that appears next to each Tweet on the platform.

18.     Twitter also permits its users to exchange private messages, known as "direct messages" or "DMs," with other Twitter users. DMs, which also may include photos, videos, links, and/or text, can only be viewed by the sender and designated recipient(s). Direct messages may be sent to an individual user or to a group of up to 50 Twitter users. Twitter users have the ability to choose whether they can receive a direct message from anyone. At any time, a Twitter user has the ability to alter the settings on their Twitter account so that they can receive direct messages only from (1) individuals to whom the user has already sent a direct message and (2) Twitter accounts that the user "follows" via his account.

19.     *Telegram*. Telegram is an encrypted messaging application available on multiple platforms like the iPhone App Store, Google Play Store, Windows, macOS, and accessible via the web. Generally, Telegram allows users to register and create an account, and to send and receive encrypted communications via the platform.

20.     Telegram accounts are tied to the user's telephone number. Telegram users can send text and voice messages, make voice and video calls, and share an unlimited number of images, videos and documents. Telegram does not accept US legal process. As stated in the privacy policy Section 8.3 Law Enforcement Authorities - "If Telegram receives a court order that confirms you're a terror suspect, we may disclose your IP address and phone number to the

relevant authorities. So far, this has never happened. When it does, we will include it in a semiannual transparency report published at: https://t.me/transparency"

21.     Telegram also informs Messenger users that Telegram "take[s] your privacy seriously and will never give third parties access to your data." For example, Telegram promotes the "Secret Chats" of Messenger, which allows users to "send all types of disappearing content," and employs an infrastructure that synchronizes "encrypted data across multiple independent server[s] . . . spread across different continents and jurisdictions." Telegram similarly boasts that it has "disclosed 0 bytes of user data to third parties, including governments."

22.     *Discord*.  Discord is a proprietary freeware Voice over Internet Protocol (VoIP) application and digital distribution platform that specializes in text, image, video, and audio communication between users in a chat channel.

23.     Millions of users from around the world connect with each other through chat, voice, and video. Discord has both desktop (PC, MAC, Linux) applications and mobile (iOS, Android) applications, and the service can also be accessed from the website directly at www.discordapp.com. Users are able to upload and share files in addition to chatting with each other.

24.     In order to use the services, users need to create an account by selecting a username. Users are allowed to change their usernames and four-digit numerical discriminators; however, the User ID associated with the account will not change. Often by the time Discord processes legal requests, users have changed their names and discriminators.

25.     Once an account is generated, users can create a server and invite their friends to join it with an invite link, or they can join an existing server. Servers are broken down into subcategories or "channels" where users can connect with each other by either chatting or

calling. Users can also communicate through direct messages, which are private chats created between 1-10 users.

26.     Discord collects and retains information about how each user accesses and uses its service. This includes information about the Internet Protocol ("IP") addresses used to create and use an account, unique identifiers, and other information about devices and web browsers used to access an account, session times and durations, and user settings.

27.     Discord stores messages and attachments that users send to each other in text channels, whether it's in a server or in direct messages. These messages and attachments are obtainable through a search warrant. However, Discord does not store the content of voice and video calls. Additionally, if a user deletes content, that content is immediately deleted and is not retained.

## STATEMENT OF PROBABLE CAUSE

28.     In October 2022, the FBI Washington Field Office Child Exploitation and Human Trafficking Task Force received a lead from the FBI Kansas City Field Office, regarding an individual residing in Herndon, Virginia who likely possessed child pornography. In July 2022, FBI agents executed a search warrant at the Kansas City, Missouri residence of N.P. for evidence of violations of 18 U.S.C. §§ 2251, 2252, and 2423. During the execution of the warrant, N.P. was interviewed and admitted to receipt, possession, and distribution of child pornography. Additionally, N.P. provided consent to the FBI to assume his online identity.

29.     A review of the previous Telegram messages between N.P. and a Telegram user named "John Lugne" (later identified as Vincent SARIKEY) discussing a mutual interest in acquiring and trading images and videos of underaged females. On May 13, 2022, "John Lugne" sent a 1-minute-long video depicting a girl wearing a black shirt, laying on a bed, pulling up her

shirt and touching her breasts. Later in the video the girl moves her underwear so that her genitals are displayed to the camera. The girl then rubs her vagina with her hand. The girl appears young because she has slight breast development and little to no pubic hair. While her face is only partially visible, she has a youthful appearance.

30. In the chat, N.P. said "She is young," "She's 13," "I like 10-15." "John Lugne" then responded, "right yah." Based on a review of the video, the girl's youthful appearance is consistent with that approximate age range. The FBI has since identified the minor depicted in the videos, three in total, transmitted by the user "John Lugne," and has confirmed that at the time of these messages, the minor depicted was 15 years old, as detailed further below in paragraph 65.

31. "John Lugne" then sent N.P. two images, each depicting a different girl and stated "I'm more into this type of loli haha." While neither image was child pornography, both were child erotica consistent with a younger female. Your affiant knows that "loli" refers to young or young-looking girl characters in Japanese anime and manga. However, in the context of this conversation, your affiant understands this comment to mean that "John Lugne" prefers trading child pornography of younger girls.

32. "John Lugne" claimed to be "mid 30s" and said "i actually have a daughter being born in a few months lol." N.P. asked "Are you planning on raising her to be into stuff," to which "John Lugne" responded "the girls are the same sluttiness though, I used to do the same stuff when I was younger too ha" and "not sure yet." N.P. asked "What if you hear her masterbating when she's 12" and "Would you help her?". "John Lugne" responded "idk guess we will see" and "I was trying to think of ways to subtley make it happen like it's her choice."

33.     N.P. asked for more child pornography and "John Lugne" responded "and ya right now I don't have much on my phone." "John Lugne" sent two video files, the first approximately 18 seconds long and the second approximately 15 seconds long. A review of the videos depicts a girl inserting a hairbrush in her vagina. In the second video the girl is wearing a black shirt. "John Lugne" said "Those are the other 2" and "From her." Your affiant understands these comments to mean that the two videos depict the same girl as the first video sent to N.P. who the FBI has confirmed to have been 15-years-old at the time of the distribution.

34.     In July 2022, an FBI Online Covert Employee (OCE) assumed the identity of N.P.'s online persona and contacted Telegram user "John Lugne." The FBI downloaded N.P.'s Telegram chats, including the videos transmitted by "John Lugne" to N.P. On July 15, 2022, the OCE responded to the last message sent by "John Lugne" on July 5, 2022.

35.     During this conversation "John Lugne" stated "I got too paranoid and reduced down to like 2-3 girls who don't post a lot publicly."  The OCE asked "Where are your few girls on" and "John Lugne" responded "twitter but sometimes discord." The OCE asked "How old are they" and "John Lugne" responds "13-15" and "nothing too exciting [laughing face emoji]."

36.     The OCE asked "Who is your fav at the moment" to which "John Lugne" later responded "ohh she only chats with me, and she rarely gets on cause of home stuff." The next two messages expanded on this Twitter user. "John Lugne" messaged "Ayonsfws idk if they're really the girl but they sent me a bunch of good stuff of themselves (or the girl they pretend to be)" and "@ayonsfws on twitter." Your affiant understands this exchange to mean that "John Lugne" was receiving child pornography from the account "@ayonsfws" on Twitter.

37.     FBI Agents observed that Twitter account "@ayonsfws" had 385 followers and one of them was Twitter user "@JLugne." On or about July 15, 2022, an administrative

subpoena was served to Twitter for user "@JLugne." On or about August 10, 2022, Twitter responded that the "@JLugne" account was created on March 18, 2022, from IP address 71.163.107.61 (IPAddress1), with associated e-mail address of "imhereat@gmail.com" and a device phone number ending in 8784. The account display name was "John Lugne."

38.    On or about August 8, 2022, Twitter filed a CyberTipline Report #130381200 to the National Center for Missing and Exploited Children (NCMEC) referencing user "@JLugne" because "User appears to have engaged with child sexual exploitation content shared by another user." Twitter did not review the content and the FBI could not review the files provided by Twitter without a search warrant. However, Twitter did categorize one of the flagged images as "apparent child pornography (unconfirmed)."[1]

39.    Twitter provided the following additional information to NCMEC for the @JLugne account:

Description: secrets

Registration IP address: 71.163.107.61 (IPAddress1) on March 18, 2022

Other login IP Addresses: 96.231.134.44 (IPAddress2) on August 8, 2022 and July 31, 2022

Device ID  (Twitter for Android): b0827140947a317a on August 6, 2022

40.    On August 15, 2022, an administrative subpoena was served to Verizon Wireless seeking subscriber information for the phone number ending in 8784 referenced above. On August 26, 2022, Verizon responded that this phone was assigned to:

---

[1] A county law enforcement officer also independently received this same CyberTip sent from NCMEC to the Virginia State Police. The officer, not under federal jurisdiction, reviewed the content provided by Twitter on "@JLugne." On October 10, 2022, your affiant spoke with this officer who believed the content provided by Twitter was not child pornography.

Customer: L.S.[2]

Address: XXXX Dysinger Road, Lockport, NY 14094

Effective Date: 11/17/2012

Device IMEI: 354260402100574

This device International Mobile Equipment Identity (IMEI) number corresponds to a Samsung Galaxy S21 Ultra cellular phone, which your affiant knows to be a device using the Android operating system.

41.     Based on open-source checks, including LexisNexis, L.S. is Vincent Joseph SARIKEY's mother.

42.     On October 5, 2022, the FBI served an administrative subpoena to Google for "imhereat@gmail.com" (the email account used to register the Twitter account "@JLugne"). Google responded with the following information:

Name: John Lugne

Created on: January 26, 2005

Recovery e-mail: smurfownage@gmail.com

Last login IP: 96.231.134.44 (IPAddress2) on August 10, 2022

Previous logins: 71.163.107.61 (IPAddress1) from January 6, 2022 through February 22, 2022.

43.     On October 6, 2022, the FBI served an administrative subpoena to Google for "smurfownage@gmail.com." Google responded with the following information:

---

[2] Verizon Wireless identified the full name and residential address of the subscriber. However, in an effort to protect the identity of the subscriber, I do not list the full name or address in this affidavit.

Name: smurfownage

Created on: January 9, 2005

Recovery e-mail: v1nc3re@gmail.com

Last login IP: 96.231.134.44 (IPAddress2) on July 22, 2022

Previous logins: 71.163.107.61 (IPAddress1) from January 6, 2022 through May 14, 2022.

44.     On October 6, 2022, the FBI served an administrative subpoena to Verizon FIOS for the IP address 96.231.134.44 (IPAddress2). On October 10, 2022, Verizon confirmed this IP had been assigned since May 26, 2022 to the account of Vincent SARIKEY, username of "v1nc3re", the aforementioned phone number ending in 8784, and a service address of 0000 Clover Field Circle, Herndon, Virginia, 20171.[3]

45.     A Virginia driver's license was located for Vincent Joseph SARIKEY indicating a residence of 0000 Clover Field Circle, Herndon, Virginia. Vincent Joseph SARIKEY was born on June 5, 1988, making him 33 years old at the time of the Telegram messages with N.P.

46.     Open-source review on Vincent Joseph SARIKEY revealed a Pinterest (social media company) account with the user handle "@smurfownage," an account on FaceBook with the vanity Uniform Resource Locator (URL) "www.facebook.com/socialexploiter," and a baby registry for Vincent SARIKEY and A.K. of Herndon, VA with a due date of August 6, 2022. A post by the presumed aunt of A.K. stated A.K. delivered "[*name redacted*]" on or about August 1, 2022.  A reply to this post by A.K.'s presumed mother stated "My beautiful little great

---

[3] Again, Verizon FIOS identified the specific residence address.  However, in an effort to protect the identity of the other residents of the residence, I do not list the full address in this affidavit.

granddaughter!". This birth is consistent with statements in May 2022 by the Telegram user "John Lugne" that he had "a daughter being born in a few months."

**EXECUTION OF RESIDENTIAL SEARCH WARRANT AT SARIKEY'S RESIDENCE**

47.     On October 13, 2022, the Honorable William E. Fitzpatrick, United States Magistrate Judge, Eastern District of Virginia, Alexandria Division authorized a residential search of SARIKEY'S residence at 0000 Clover Field Circle, Herndon, Virginia, 20171. (Case No. 1:22-SW-540). During the search, multiple electronic devices were seized, including a Samsung S21 with IMEI 354260402100574 and a computer SARIKEY described as his gaming computer.

48.     While the search warrant was being executed inside SARIKEY'S residence, I interviewed SARIKEY outside. During the interview, SARIKEY confirmed that the Samsung S21 was his primary phone, that he used the telephone number ending in 8784, and that he had used "smurfownage," "v1nc3re," and "John Lugne" as monikers before. SARIKEY provided his unlock pattern to bypass the phone lock screen.

49.     SARIKEY was shown a sanitized version of the Telegram chats between "John Lugne" and N.P.  SARIKEY recognized the chats and believed that he met N.P. (known to SARIKEY by N.P.'s Twitter handle)" on Twitter and was chatting with him to get access to a specific "room" on a Discord server. SARIKEY claimed he would chat online to try to infiltrate groups. SARIKEY confirmed having sent the three videos depicting child pornography described above and stated that the videos were from the minor's Twitter page or videos that she had sent. SARIKEY said "he saved it" and explained that the other guy might not have seen those videos so he sent them to N.P.

50.     SARIKEY was asked if he has seen child pornography. SARIKEY said "yeah," that he had seen child pornography on Twitter, Musicly, TikTok, and "every app I've probably…". During the interview, SARIKEY said there could be child porn on his devices because he would try to infiltrate groups and it could be on the deleted items. He also believed the three Telegram videos would be on his cellphone.

### FORENSIC REVIEW OF SARIKEY'S ELECTRONIC DEVICES

51.     The Samsung S21 was found on SARIKEY'S bedroom at the nightstand. SARIKEY also stated that this was his device and, as previously mentioned, provided the unlock pattern for the phone. Additionally, the forensic review shows SARIKEY controlled the Samsung S21 cellphone. Multiple accounts associated with SARIKEY were observed on the phone, including accounts to his personal email addresses and work-related accounts. The forensic artifacts reflect exclusive control of the phone by SARIKEY, including web searches for gaming, work-related topics, food delivery, and communications with his wife.

52.     During the forensic review of SARIKEY's S21 cellphone, I located over 700 photos and approximately 255 videos categorized as child pornography. The three specific videos sent by "John Lugne" to N.P. were located on SARIKEY's cellphone, embedded on the Telegram chats between both accounts from the perspective of the "John Lugne" account. These chats match those obtained by FBI Kansas City during their investigation of N.P.

53.     I believe SARIKEY was physically located in Eastern District of Virginia when he transmitted the three child pornography videos to N.P. On or about May 12 and 13, 2022, the gaming computer, located in his residence, had activity consistent with SARIKEY's use. SARIKEY conducted Google searches for a video game and three restaurants with local branches. SARIKEY used the Google Chrome browser to visit these three restaurants' websites,

two of which the browser activity showed have specific stores near his residence. SARIKEY also visited his personal email address, his Facebook account, and at around 11:00pm on May 13, visited a gaming streaming site. Additionally, on May 14, 2022, SARIKEY logged in to the "smurfownage@gmail.com" email account from IPAddress1. An open-source IP address lookup places IPAddress1 as geo-locating in the Herndon, VA area.

54.     On his S21 cellphone, SARIKEY maintained a folder named "folder14" containing at least 11 folders, 9 of which contain child pornography. The other two folders, each contain one video file, however, for reasons that are unclear at this time, they could not be opened for review. They were named "5yo miss real anal.mp4" and "11yo-veronica-thinks-about-sex.mp4" respectively.

55.     The following is a description of a few of the files discovered during the forensic review:

        a.     The folder named "Marisol – Latina Girl" contains images and video files which depict a pre-pubescent girl, in the five- to ten-year-old range, engaged in a variety of sexually explicit conduct. Examples include what appears to be an adult male penetrating the minor with his penis and also the minor performing oral sex on the adult male. These videos appear to have been filmed over a period of years, as the same minor female appears more physically developed on some of the videos. However, I believe the minor female was still pre-pubescent during all the videos and photos.

        b.     A folder named "Project L" contains two videos with filenames containing the term "project lilian." Each respectively starts with an introduction frame with the text "Day Fourteen Part One" and "Day Fourteen Part Three." During both videos, a pre-pubescent female

who appears to be in the four to six-year-old range, is repeatedly penetrated by what appears to be an adult male's penis.

56.     During the forensic review of SARIKEY's gaming computer, I found digital forensic artifacts that show SARIKEY interacted with over 300 folders starting with the drive letter "L:\". For example:

> My Computer:L:\new stuffs\folder5\Video_loiBlond~\
>
> My Computer:L:\new stuffs\folder14\Niece (Asian, 2022, 10yo)\
>
> My Computer:L:\new stuffs\folder11\Tati (Latin, 11yo)\

I believe, over the course of this computer's history, SARIKEY has navigated and interacted with these folders, and potentially maintains over 300 unique folders containing child pornography.

57.     The cellphone "folder14" and the 11 sub-folders (9 of which contain child pornography as indicated by the **bolded font** folders below), match the directory structure of these digital forensic artifacts found on SARIKEY's gaming computer.

On SARIKEY's Samsung S21:

> **folder14\Marisol - Latina Girl\**
>
> **folder14\Niece (Asian, 2022, 10yo)\**
>
> **folder14\Umbrielle\**
>
> folder14\Vr LP\
>
> **folder14\project L\**
>
> **folder14\LoLand Skuchnaya Kniga\**
>
> **folder14\Diare Sister\**
>
> folder14\MissN

      **folder14\New dad**

      **folder14\B 13yo**

      **folder14\cпрEE5y733\**

On SARIKEY's gaming computer:

      My Computer:L:\new stuffs\folder14\Marisol - Latina Girl\

      My Computer:L:\new stuffs\folder14\Niece (Asian, 2022, 10yo)\

      My Computer:L:\new stuffs\folder14\Umbrielle\

      My Computer:L:\new stuffs\folder14\Vr LP\

      My Computer:L:\new stuffs\folder14\project L\

      My Computer:L:\new stuffs\folder14\LoLand Skuchnaya Kniga\

      My Computer:L:\new stuffs\folder14\Diare Sister\

      My Computer:L:\new stuffs\folder14\MissN\MissN\

      My Computer:L:\new stuffs\folder14\ND\ND\New dad\

      My Computer:L:\new stuffs\folder13\B 13yo\B 13yo\

      My Computer:L:\new stuffs\folder14\df888-89u\cпрEE5y733\

I believe that these file structures indicate that SARIKEY moved those folders from his gaming computer to his cellphone. To date, I have not been able to find the location of the drive "L:\".

58.    Based on these facts, I believe SARIKEY maintains a repository of child pornography, downloads files from Twitter to his cellphone, and moves these images to his repository. Additionally, SARIKEY downloads files from his repository to his cellphone.

**PRODUCTION/ATTEMPTED PRODUCTION OF CHILD PORNOGRAPHY**

59.     During the forensic review of SARIKEY's Samsung phone, I observed multiple screenshots of Twitter chats between SARIKEY's @JLugne account and several Twitter accounts of potential minor females. It appears that SARIKEY was communicating with multiple Twitter users and obtaining or attempting to obtain child pornography.

60.     For example, screenshots captured on or about May 7, 2022, show an incomplete series of chats SARIKEY maintained over Twitter Direct Message "DM" with the user "@R[*redacted*]." During these chats, SARIKEY asked "what grade are you in? Can't remmeber if I asked you before." The other user responds "9[th] grade, so 15 yrs old :P" SARIKEY responds with an emoji of a happy face and hearts. Later on, SARIKEY writes "Cause I actually need to cum soon, balls feel way too heavy and full ugh. Need nsfw you and then nsfw headcannon."[4] Later SARIKEY wrote "I'm still really surprised that you read all the reverse au and things but never touch yourself or anything." The other user responds "What can I say, I may be horny as hell but I've never experienced or even tried touching myself." SARIKEY responded "I know you should thought" with a blushing emoji.

61.     The other user responded "I'll try doing it tonight if that works great for you :3" and SARIKEY stated "yessss" and "right now even then we are touching same time" with a kiss face emoji. The other user says "Yay okie :D" and SARIKEY responded "haha you won't tho" and a face emoji with the tongue out. The other user responds "I will do it >:3 no joke and no sarcasm if that's what you wanna do together then hell yeah >:D" Later on The other user wrote "Oh god I feel so good right now hehe." SARIKEY wrote "haha what/ how are you rubbing to make it feel good" and The other user responded "I have my hand underneath my shorts rubbing

---

[4] "Nsfw" stands for not safe for work and is a term used on the internet to typically describe pornographic material.

myself from the outside of my panties does that count?" SARIKEY responded "idc what you do as long as it feels good (face emoji with tongue out) try direct touch, over panties, different ways whatever hehe."

62.     SARIKEY sends a photograph of his erect penis, which is captured by a screenshot of the Twitter chat apparently taken by SARIKEY. While the screenshot of the Twitter chat is cropped, I observed a partial part of this photograph, which I recognize from the forensic review of his Samsung S21. The other user responded "Oh shit it's larger than I expected, and god damn I wanna lick it so badly." SARIKEY responded "Haha I was just writing how I wish I could taste you right now and such on that pretty little pussy" and "Suck*."[5]

63.     Several images of a clothed, young-looking female were stored on SARIKEY's cellphone in a folder apparently named after the Twitter handle of the other user with whom he had been communicating in the immediately foregoing paragraphs. This folder contained two images of female genitalia with fingers touching the labia. The metadata of these two pictures show they were created around the time of SARIKEY's Twitter DM screenshots. Based on the context of the chats, I believe the other Twitter user sent SARIKEY these two photos of her genitalia. These two pictures would be considered child pornography if they were produced by a minor. To date, the FBI has not identified this potential minor victim.

64.     On October 18, 2022, Discord provided records for one deleted account and one active account registered with any of these email addresses "imhereat@gmail.com," "v1nc3re@gmail.com," "smurfownage@gmail.com," or having logged in from IPAddress2.

Active account:

        User ID: 316412232814690304

---

[5] With the use of "*," I understand SARIKEY to be correcting "such" with "suck."

Username: v1nc3re#1746

Email verified: v1nc3re@gmail.com

Registered: 2017-05-23 03:09:14 UTC (Coordinated Universal Time)

Session activity: On or about April 21, 2022 to October 14, 2022.

During the timeframe of May 9, 2022 to May 14, 2022 this account logged in

from IP 71.163.107.61 (IPAddress1)

Deleted account:

User ID: 535103929411829770

Username: Deleted User 3587f284#9325

Registered: 2019-01-16 14:31:58 (UTC)

During the timeframe of May 9, 2022 to May 14, 2022 this account logged in

from IP 71.163.107.61 (IPAddress1)

A second file provided by Discord matched the deleted user 3587f284#9325 to username
triadus#9325 based on the User ID.

User ID: 535103929411829770

Username: triadus#9325

Email: imhereat@gmail.com

65.    As mentioned previously, the FBI identified the minor depicted on the videos
distributed by SARIKEY to N.P. The FBI Miami Division has since opened an investigation
based on the victim residing in the Miami Division area. On December 20, 2022, your affiant
communicated with a Special Agent of the FBI Miami Division who confirmed the videos sent
by SARIKEY via Telegram were of their 15-year-old victim.

66.     On November 17, 2022, FBI Miami independently obtained a Federal Search Warrant for the Discord account of the minor. A review of these results shows Deleted User 3587f284#9325 communicated with the minor. As referenced above, 3587f284#9325 is SARIKEY's deleted Discord account by the moniker "triadus#9325."

67.     The following are redacted chats from SARIKEY'S Deleted User 3587f284#9325 and the minor victim:

5/12/2022 13:46         Deleted User 3587f284#9325 Hey pup I bought from you before ❤️

5/12/2022 13:47         Deleted User 3587f284#9325 finally joined your discord. Do you have the meet up vids ? 😊

5/12/2022 13:47         Deleted User 3587f284#9325 also you owed me a body tour vid before your Twitter got banned but that's ok lol

5/12/2022 13:47         Deleted User 3587f284#9325 😉

5/12/2022 14:18         REDACTEDACCOUNT       Yes I do !!

5/12/2022 14:32         Deleted User 3587f284#9325 is there a nsfw section on the discord or only sfw?

5/12/2022 14:49         REDACTEDACCOUNT       Nsfw! Let me give you access

5/12/2022 14:49         Deleted User 3587f284#9325 thx little one ❤️

5/12/2022 14:50         REDACTEDACCOUNT       You seem so familiar idk why lol

5/12/2022 14:50         Deleted User 3587f284#9325 We talked a bunch on Twitter

5/12/2022 14:50         REDACTEDACCOUNT       Have you known me with a different name maybe?

5/12/2022 14:50         REDACTEDACCOUNT       No on discord

5/12/2022 14:50          Deleted User 3587f284#9325 ohhh not sure

5/12/2022 14:50          REDACTEDACCOUNT          I used to go by um let's see

5/12/2022 14:51          REDACTEDACCOUNT          REDACTED MESSAGE

5/12/2022 14:51          Deleted User 3587f284#9325 idk sounds familiar but I can't

remember 🤣

5/12/2022 14:52          REDACTEDACCOUNT          Ah ok lol

5/12/2022 14:52          REDACTEDACCOUNT          Anyway how much are you willing

to buy for the videos

5/12/2022 14:52          REDACTEDACCOUNT          1 video is 2 minutes and 2 are 30

seconds

5/12/2022 14:52          REDACTEDACCOUNT          I'm kinda looking for high prices lol

5/12/2022 14:53          Deleted User 3587f284#9325 idk last time you gave me 2 really

short vids for 100 🤣 and never sent the body tour one cause of ban

5/12/2022 14:53          Deleted User 3587f284#9325 hmmmm

5/12/2022 14:53          Deleted User 3587f284#9325 What's in them

5/12/2022 14:53          REDACTEDACCOUNT          Oh I'll give you the body your let's

say today if I can I promise I'll get to that in sorry

5/12/2022 14:54          REDACTEDACCOUNT          The 2 min one is me getting fucked

from a side angle

5/12/2022 14:54          Deleted User 3587f284#9325 Oh its OK i know you got banned a

few times

5/12/2022 14:54          REDACTEDACCOUNT          And one 30 second is a bj and the

other is me getting fucked but with a higher angle

5/12/2022 14:54          Deleted User 3587f284#9325 does he cum in any of them or you?

Hehe

5/12/2022 14:55          REDACTEDACCOUNT          He did cum but not in any of the

videos

5/12/2022 14:56          REDACTEDACCOUNT          My cum is visible in the 2 minute

video tho

5/12/2022 14:56          REDACTEDACCOUNT          As you can see it on him and leaking

out for a little

5/12/2022 14:56          Deleted User 3587f284#9325 ok

5/12/2022 14:56          Deleted User 3587f284#9325 you wanted amazon cards right?

5/12/2022 14:57          REDACTEDACCOUNT          I do Apple Cards and Roblox cards

5/12/2022 14:57          REDACTEDACCOUNT          Also dash ones

5/12/2022 14:58          Deleted User 3587f284#9325 Oh yeah roblox prolly easiest

5/12/2022 14:59          REDACTEDACCOUNT          Ah ok ok

5/12/2022 14:59          REDACTEDACCOUNT          Could I request tho a doordash on or

is that to much?

5/12/2022 14:59          REDACTEDACCOUNT          Roblox is kinda my last option I

rather prefer apple for games and dash for food lol

5/12/2022 15:00          Deleted User 3587f284#9325 Oh ok haha yeah that's fine

5/12/2022 15:00          REDACTEDACCOUNT          Ah tysm

5/12/2022 15:00          REDACTEDACCOUNT          If you want actually

5/12/2022 15:01          REDACTEDACCOUNT          How much are you going to use to

buy them?

5/12/2022 15:01          Deleted User 3587f284#9325 idk yet haha

5/12/2022 15:05          Deleted User 3587f284#9325 why?

5/12/2022 15:15          REDACTEDACCOUNT          To see what payment I prefer

5/12/2022 15:20          Deleted User 3587f284#9325 idk how much the vids are 🤣

5/12/2022 15:58          REDACTEDACCOUNT          Could I sayyy 200 maybe or need it
to be lowered

5/12/2022 16:15          Deleted User 3587f284#9325 ok I'll see what I can do

5/12/2022 16:21          Deleted User 3587f284#9325 even though that's kinda high haha I
know no one else prolly paid you much 😊

5/12/2022 16:21          Deleted User 3587f284#9325 send body tour and then I'll get
whatever cards you want later tonight

5/12/2022 16:22          Deleted User 3587f284#9325 And you better give me some
bonuses in the future for paying so high 😊 😊 😊

5/12/2022 16:22          REDACTEDACCOUNT          Ok !

5/12/2022 16:23          REDACTEDACCOUNT          So what do you want for the body
tour like what would you like me to do

5/12/2022 16:25          Deleted User 3587f284#9325 haha naked or I guess clothed to
naked and just show off sexy mouth and tongue /chest / butt /then holes etc.   Just full
tour of your sexy body 😋 and just do whatever you think is sexiest

5/12/2022 16:25          Deleted User 3587f284#9325 I live too far from Florida but I can
at least pretend I know every inch of you 😊

On 5/12/2022 at 16:35 REDACTEDACCOUNT sends an attachment with the following Uniform Resource Locator (URL): https3A//cdn.discordapp.com /attachments/[REDACTED]/**IMG_9374.mov**

| | | |
|---|---|---|
| 5/12/2022 16:35 | REDACTEDACCOUNT | Sorry for the tv haha watching true crime |
| 5/12/2022 20:48 | REDACTEDACCOUNT | HelloH |
| 5/12/2022 20:50 | Deleted User 3587f284#9325 | hey sry I'll be home soon 💗 driving rn |
| 5/12/2022 20:51 | REDACTEDACCOUNT | Okie |
| 5/13/2022 15:03 | Deleted User 3587f284#9325 | sry I'm finally back around |
| 5/13/2022 15:04 | Deleted User 3587f284#9325 | msg when you're on 😊 |
| 5/13/2022 15:46 | REDACTEDACCOUNT | I'm here |

68.     Your affiant reviewed the 1-minute-long video sent by SARIKEY to N.P., referenced in paragraph 29, obtained by FBI Kansas City. This video was named "IMG-9374.mov." The embedded metadata shows the file is an Apple QuickTime video created by an Apple device with a "Create Date" of May 12, 2022, at 20:35:40. Your affiant knows QuickTime videos time stamps are stored as UTC. Converting to Eastern Daylight Time on May 12, 2022, the file was created at 16:35, matching the filename sent by REDACTEDACCOUNT at 16:35. The FBI Miami agent also reviewed "IMG_9374.mov" and confirmed this video depicts their minor victim. This video was also provided by Discord based on FBI Miami's search warrant.

69.     Based on the chat context, the matching of the dates and times of the chats and the embedded metadata of the video, and the match between filenames, I believe SARIKEY induced and enticed the identified minor operating the REDACTED ACCOUNT to produce child

pornography. Specifically, on or about May 12, 2022, SARIKEY asked the minor victim to produce a "body tour" video "naked or I guess clothed to naked and just show off sexy mouth and tongue /chest / butt /then holes etc."  He received this video via Discord. On or about May 13, 2022, SARIKEY distributed this video, and two more, to N.P. in the Kansas City area via Telegram.  A review of the IMG_9374.mov video shows its content to be consistent with SARIKEY's expressed request.

## **CONCLUSION**

70.    Based on the foregoing, I submit that there is probable cause to believe that in or about May 2022, VINCENT J. SARIKEY, knowingly produced and attempted to produce pornography, in violation of 18 U.S.C. § 2251(a)/(e), and I respectfully request that a criminal complaint and arrest warrant be issued for SARIKEY.

Respectfully submitted,

Hector Sepulveda, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this 5th day of January, 2023.

Lindsey Vaala  Digitally signed by Lindsey Vaala
Date: 2023.01.05 15:25:31 -05'00'

Honorable Lindsey R. Vaala
United States Magistrate Judge